```
                                         FILED
                                    JUDGMENT ENTERED
                              _____Jan. 5, 2006_____
                                             Date
                              by _____G. Lucas_____
                                          Deputy Clerk
                                     U.S. District Court
                                  Eastern District of California
                              __XX____ FILE CLOSED
```

*UNITED STATES DISTRICT COURT*
*EASTERN DISTRICT OF CALIFORNIA*

ANTHONY G. KISSEE,

**JUDGMENT IN A CIVIL ACTION**

vs.

CV-F-04-6396 OWW/LJO P

C. MILLIGAN, et al.,

_____/

The Findings and Recommendations issued by the Magistrate Judge on November 10, 2005, are hereby adopted in full, and

IT IS HEREBY ORDERED AND ADJUDGED that this action is dismissed with prejudice.

DATED:  January 5, 2006

JACK L. WAGNER, Clerk

By:  /s/ GREG LUCAS
        Deputy Clerk